DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MANUEL A. COLON-MONTANER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2239

[August 15, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; August A. Bonavita, Judge; L.T. Case No. 502023CT003823AXXXMB.

Carey Haughwout, Public Defender, and Jaclyn Lopez, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Sorraya M. Solages-Jones, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***